ACCEPTED
05-24-00075-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/19/2024 9:25 AM
RUBEN MORIN
CLERK

Steven Greene
Attorney at Law
P.O. Box 232
Anahuac, Texas 77514
(409) 267-6290

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

2/19/2024 9:25:37 AM

Ruben Morin
Clerk

February 19, 2024

Ruben Morin, Clerk of the Court
Fifth Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

RE:    Cause No. 05-24-00075-CR & 05-24-00076-CR & 05-24-00077-CR; Michael
       Munoz v. The State of Texas

Please note that part of the Reporter's has NOT been filed, the part that is due
from court reporters Carol Castillo and Maria Gallegos, which includes the record
of the actual trial in this case. I can't begin to work on my brief until I receive the
remainder of the record, so I would request that the Court delete March 17, 2024,
as the due date for my brief.

Sincerely,

/s/ Steven Greene

Steven Greene

cc: Joe Gonzales, daappealsdivision@bexar.org